UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. MJ413-057 |
| ) | |
| LARRY STEVEN FARMER, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

On July 25, 2013, the Court ordered a forensic psychological examination of defendant Larry Steven Farmer after finding reasonable cause to believe that he is presently suffering from a mental disease or defect rendering him mentally incompetent to stand trial. Forensic psychologists, after evaluating Farmer at the Federal Medical Center in Devens, Massachusetts, concluded that he suffers from delusional beliefs that "prevent him from having a rational understanding of the proceedings against him and significantly impair his ability to assist in his defense." (Doc. 10 at 10.) Thus, the evaluators determined that Farmer is incompetent to stand trial at this time. (*Id.*) It is their opinion that

defendant should be committed for further evaluation and treatment to determine whether his competency might be restored. (*Id.*)

The Court held a competency hearing on January 23, 2014. Counsel for the parties did not object to the report's findings and conclusions and waived their right to present additional evidence. There being no objection, the Court concurs with the forensic report. Based upon the unrebutted psychological evidence, the Court finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or assist properly in his defense. 18 U.S.C. § 4241(d). It is therefore **RECOMMENDED** that the defendant be committed to the custody of the Attorney General, who should be directed to hospitalize the defendant "for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward." 18 U.S.C. § 4241(d)(1); *see United States v. Donofrio*, 896

F.2d 1301, 1303 (11th Cir. 1990). As neither party opposes defendant's further commitment for this purpose, the Clerk is DIRECTED to submit this Report and Recommendation to the assigned district judge forthwith.

**SO REPORTED AND RECOMMENDED** this  23rd  day of January, 2014.

/s/ G.R. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA