FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 FEB 24 PM 4:44
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. MJ413-057
)
LARRY STEVEN FARMER, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 13.) After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, which is **ADOPTED** as the Opinion of the Court. Accordingly, the Court finds that Defendant Larry Steven Farmer is **INCOMPETENT** to stand trial pursuant to 18 U.S.C. § 4241. Accordingly, Defendant is hereby committed to the custody of the Attorney General, who is **DIRECTED** to hospitalize Defendant "for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward." Id. § 4241(d)(1); accord

United States v. Donofrio, 896 F.2d 1301, 1303 (11th Cir. 1990).

SO ORDERED this 24th day of February 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA