IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. MJ413-057
)
LARRY STEVEN FARMER, )
)
Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 18.) After a careful review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, which is **ADOPTED** as the opinion of the Court. As a result, the Court concludes that Defendant Larry Steven Farmer continues to suffer from a mental disease or defect that renders him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him, or assist properly in his defense. Therefore, Defendant shall continue to remain the custody of the Attorney General, who is authorized to involuntarily administer antipsychotic medication to Defendant over a period of up to **four months**, as described in the proposed treatment plan (Doc. 16). Should Defendant refuse any of these procedures, the

treatment staff is authorized to administer them against his will. Additionally, the treatment staff is authorized to perform any physical or laboratory assessments and monitoring clinically indicated to monitor for medication side effects. Upon presentation of a Consent Order by the Government and counsel for Defendant, the Court will be inclined to authorize ongoing involuntary treatment until the conclusion of all pretrial and trial proceedings.

SO ORDERED this 16th day of January 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA