UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

'16 JAN 25 PM 3: 08

CLERK_____
SO. DIST OF GA.

| UNITED STATES OF AMERICA | ) | 4:13-MJ-57 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| LARRY STEVEN FARMER | ) | |

## ORDER OF DISMISSAL

The motion of the government for an order dismissing, without prejudice, the complaint against Larry Steven Farmer is hereby GRANTED.

The complaint is hereby dismissed without prejudice.

So ORDERED, this 25TH day of January, 2016.

_____
Honorable G.R. Smith
United States Magistrate Judge
Southern District of Georgia